ROBERT A. WEIKERT  (State Bar No. 121146)
VERONICA COLBY DEVITT (State Bar No. 79955)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA   94105-3601
Telephone:  415-371-1200
Facsimile:  415-371-1211
vdevitt@thelen.com
raweikert@thelen.com

Attorneys for Plaintiff
XTENDED BEAUTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Liability Corporation; and JOUMANA MOUSSELLI, an individual,<br><br>Defendants. | CASE NO.  C 07-03391 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  July 6, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP


By    /s/ *Robert A. Weikert*
       ROBERT A. WEIKERT
       VERONICA COLBY DEVITT

       Attorneys for Plaintiff
       XTENDED BEAUTY, INC.

SF #1301326 v1