**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 9, 2007**

**CASE NUMBER:  CV 07-03391 JCS**
**CASE TITLE:  XTENDED BEAUTY-v-XTREME LASHES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MARTIN J. JENKINS** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/9/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 7/9/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA