1  ROBERT A. WEIKERT (State Bar No. 121146)
   VERONICA COLBY DEVITT (State Bar No. 79955)
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105-3601
   Telephone:  415-371-1200
4  Facsimile:  415-371-1211
   vdevitt@thelen.com
5  raweikert@thelen.com

6  Attorneys for Plaintiff
   XTENDED BEAUTY, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | XTENDED BEAUTY, INC., a California      | CASE NO.  C 07-03391 MJJ
11 | Corporation,                            |
                                             | **CERTIFICATE OF SERVICE OF**
12 |         Plaintiff,                      | **SUMMONS, RELATED PAPERS**
13 | v.                                      |
14 | XTREME LASHES, LLC, a Texas Limited    |
   | Liability Corporation; and JOUMANA     |
15 | MOUSSELLI, an individual,               |
16 |         Defendants.                     |
17

18 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19     PLEASE TAKE NOTICE that as reflected in the attached "Proof of Service Summons and

20 Complaint" (including "Attachment"), the Summons, Complaint, and related papers were properly

21 served on Defendant on July 11, 2007; and as reflected in the attached "Proof of Personal

22 Service," the Clerk's Notice (Setting Case Management Conference Reassigned Case) and

23 Standing Order were properly served on July 13, 2007.

24 Dated: July 20, 2007            THELEN REID BROWN RAYSMAN & STEINER LLP

25

26                          By _____/s/ Robert A. Weikert_____
                                    ROBERT A. WEIKERT
27                                  VERONICA COLBY DEVITT

28                                  Attorneys for Plaintiff
                                    XTENDED BEAUTY, INC.

SF #1310056 v1
CERTIFICATE OF SERVICE OF SUMMONS, RELATED PAPERS (Case No. C 07-03391 MJJ)

Robert A. Weikert, Esq. (State Bar No. 121146)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Liability Corporation; and JOUMANA MOUSSELLI, an individual,<br><br>Defendant(s) | CASE NUMBER: C 07-3391 MJJ<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
                                                      ☐ second amended complaint
                                                      ☐ third amended complaint

   ☒ other *(specify):* See attachment for additional documents served

2. **Person served:**
   a. ☒ Defendant *(name):* XTREME LASHES, LLC, a Texas Limited Liability Corporation
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
      Joumana Mousselli, Agent for Service of Process
   c. ☒ Address where papers were served: 24127 West Hardy Road, Suite B, Spring, Texas 77373-5761

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☒ Papers were served on *(date):* July 11, 2007    at *(time):* 1:58 p.m.
   b. ☐ By **Substituted service.** By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date):* _____ at *(time):* _____
      4. ☐ by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on *(date):* _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)    PAGE 1

2002 © American LegalNet, Inc.

" Attachment "

XTENDED BEAUTY, INC. vs. XTREME LASHES, LLC
C 07-3391 MJJ

- ECF Registration Information Handout
- Civil Cover Sheet
- Order Setting Initial Case Management Conference and ADR Deadlines
- Case Management Conference Order
- Standing Order
- Standing Order for All Judges of the Northern District of California
- Letter from Court dated July 3, 2007 (Document 4)
- Consent to Proceed Before a United States Magistrate Judge
- Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge
- Notice of Rule Discontinuing Service by Mail
- Reassignment Order

Thelen.10261.aj

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   Marcos Lardizabal
   Nationwide Legal, Inc.
   316 West 7th Street, Suite 705
   Los Angeles, California 90012
   Thelen10261aj

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 12, 2007

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                    PAGE 2

2002 © American LegalNet, Inc.

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Harris, State of Texas, by Nationwide Legal Inc., whose address is 316 W. Second Street, Suite 705, Los Angeles, CA 90012. I am over the age of eighteen years and not a party to the within action. On July 12, 2007, I personally served the following:

**Clerk's Notice (Setting Case Management Conference Reassigned Case); Standing Oder**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with the <u>Melissa Cole, Executive Assistant</u> of the office thereof:

Xtreme Lashes, LLC
Attn: Joumana Moussello
24127 West Hardy Road
Suite B,C & D
Spring, Texas 77373

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 13, 2007, at Houston, Texas.

SIGNATURE: _____

PRINTED NAME: MARCOS LARDIZABAL



State of Texas  County of Harris
Sworn to and subscribed before me this ___ day of _____, 20___
_____ Notary Public