E. JEFFREY BANCHERO (SBN 93077)
SCOTT R. RABER (SBN 194924)
KASTNER | BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Banchero's email: ejb@kastnerbanchero.com
Mr. Raber's email: srr@kastnerbanchero.com

Howard L. Steele (Texas SBN 24002999)
Charles A. Sturm (Texas SBN 24003020)
(admissions *pro hac vice* pending)
STEELE STURM, P.L.L.C.
1000 Louisiana, Suite 3780
Houston, Texas 77002
Telephone: (713) 659-2600
Facsimile: (713) 659-2601
Mr. Steele's email: hsteele@steelesturm.com
Mr. Sturm's email: csturm@steelesturm.com

Attorneys for Defendants
XTREME LASHES, LLC and JOUMANA MOUSSELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> XTREME LASHES, LLC, a Texas Limited Corporation; and JOUMANA MOUSSELLI, an Individual, <br><br> Defendant(s). | CASE NO. C 07-03391 MJJ <br><br> **DEFENDANTS' ORIGINAL ANSWER** |

Defendants XTREME LASHES, LLC ("XTREME LASHES") and JOUMANA MOUSSELLI ("Mousselli") (collectively referred to as "Defendants") file their Original Answer to plaintiff's complaint and state as follows:

- 1 -

**DEFENDANTS' ORIGINAL ANSWER**
XTREME Lashes\ANSWER.doc

Case No. C 07-03391 MJJ

- 1. Defendants deny that this Court has subject matter jurisdiction pursuant to 38 U.S.C. § 1338(a). Defendants admit that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

- 2. Defendants deny the allegations contained in Paragraph 2.

- 3. Defendants deny the allegations contained in Paragraph 3.

- 4. Defendants do not have sufficient knowledge to admit or deny the allegations contained in Paragraph 4.

- 5. Defendants admit the allegations contained in Paragraph 5.

- 6. Defendants do not have sufficient knowledge to admit or deny the allegations contained in Paragraph 6.

- 7. Defendants do not have sufficient knowledge to admit or deny the allegations contained in Paragraph 7.

- 8. Defendants admit the allegations contained in Paragraph 8.

- 9. Defendants admit the allegations contained in Paragraph 9.

- 10. Defendants admit the allegations contained in Paragraph 10.

- 11. Defendants admit the allegations contained in Paragraph 11.

- 12. Defendants admit the allegations contained in Paragraph 12.

## FIRST CLAIM FOR RELIEF

### (For Declaratory Relief)

- 13. To the extent that Paragraph 13 contains any substantive allegations or can be construed to imply that Plaintiff is entitled to the declaratory relief it seeks, Defendants deny those allegations.

- 14. Defendants admit that Plaintiff has brought a lawsuit seeking declaratory relief, but to the extent that Paragraph 14 contains any substantive allegations or can be construed to imply that Plaintiff is entitled to the declaratory relief it seeks, Defendants deny those allegations. Defendants do not have sufficient knowledge to admit or deny the remaining allegations contained in Paragraph 14.

- 15. Defendants admit that they believe that Plaintiff has violated 15 U.S.C. § 1125 (a),

**DEFENDANTS' ORIGINAL ANSWER**  Case No. C 07-03391 MJJ
XTREME Lashes\ANSWER.doc

and has infringed on and violated Defendants' rights. Defendants deny that Plaintiff has not committed such violations as alleged in Paragraph 15.

16. Defendants do not have sufficient knowledge to admit or deny the allegations contained in Paragraph 16.

17. Defendants do not have sufficient knowledge to admit or deny the allegations contained in Paragraph 17.

18. Defendants deny the allegations contained in Paragraph 18.

19. Defendants deny that Plaintiff is entitled to a declaration and order and deny that Plaintiff has not violated 15 U.S.C. § 1125 (a), or any other statute or law. Defendants deny that Plaintiff has not infringed on Defendants' rights as alleged in the first paragraph of Plaintiff's Prayer for Relief.

20. Defendants deny that Plaintiff is entitled to attorneys' fees and costs as alleged in the second paragraph of Plaintiff's Prayer for Relief.

21. Defendants deny that Plaintiff is entitled to other and further relief as alleged in the third paragraph of Plaintiff's Prayer for Relief.

### PRAYER

WHEREFORE, XTREME LASHES and JOUMANA MOUSSELLI request that on final hearing, Plaintiffs take nothing on its claims, that this Court deny to enter into a declaration and order that Plaintiff has not infringed on or violated Defendants' rights, and award Defendants' relief that they are entitled to.

DATED: July 31, 2007

Respectfully submitted,

STEELE STURM, P.L.L.C.

KASTNER | BANCHERO LLP

By: _____
Scott R. Raber
Attorneys for Defendants
XTREME LASHES, LLC and
JOUMANA MOUSSELLI

**DEFENDANTS' ORIGINAL ANSWER**
XTREME Lashes\ANSWER.doc

Case No. C 07-03391 MJJ