RECEIVED
07 AUG -1 PM 12:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

XTENDED BEAUTY, INC.

CASE NO. C 07-03391 MJJ

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.
XTREME LASHES, LLC

Defendant(s).

HOWARD L. STEEL, JR., an active member in good standing of the bar of the STATE OF TEXAS whose business address and telephone number (particular court to which applicant is admitted) is

1000 Louisiana, Suite 3780
Houston, Texas 77002
Tel: 713 659-2600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, JOUMANA MOUSSELLI

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

IT IS SO ORDERED
Martin J. Jenkins    United States District Judge

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

8/3/07
DATE