UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY,<br><br>              Plaintiff,<br><br>  v.<br><br>XTREME LASHES et al,<br><br>              Defendant. | Case Number: CV07-03391 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles A. Sturm
Howard J. Steele
Steele Sturm PLLC
1000 Lousiana
Suite 3780
Houston, TX 77002

Dated: August 14, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk