RECEIVED

07 AUG -1 PH 12: 24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

AUG 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

XTENDED BEAUTY, INC.

CASE NO. C 07-03391 MJJ

Plaintiff(s),

v.

XTREME LASHES, LLC

Defendant(s).

_____ /

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CHARLES A. STURM                       , an active member in good standing of the bar of

the STATE OF TEXAS                          whose business address and telephone number

(particular court to which applicant is admitted)

is

1000 Louisiana, Suite 3780
Houston, Texas 77002
Tel: 713 659-2600                                                                         ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, JOUMANA MOUSSELLI            .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

IT IS SO ORDERED

_____
United States District          Judge

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

8/3/07
DATE

UNITED STATES DISTRICT COURT
For the Northern District of California