1  ROBERT A. WEIKERT  (State Bar No. 121146)
   VERONICA COLBY DEVITT (State Bar No. 79955)
2  JOHN A. CHATOWSKI (state Bar No. 174471)
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  101 Second Street, Suite 1800
4  San Francisco, CA   94105-3601
   Telephone: 415-371-1200
5  Facsimile: 415-371-1211
   raweikert@thelen.com
6  vdevitt@thelen.com
7  jachatowski@thelen.com

8  Attorneys for Plaintiff
   XTENDED BEAUTY, INC.
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Liability Corporation; and JOUMANA MOUSSELLI, an individual,<br><br>    Defendants. | CASE NO.  C 07-03391 MJJ<br><br>**DECLARATION OF ELISA LEE IN SUPPORT OF PLAINTIFF XTENDED BEAUTY, INC.'S OPPOSITION TO DEFENDANTS XTREME LASHES, LLC AND JOUMANA MOUSSELLI'S MOTION TO DISMISS OR, IN THE <u>ALTERNATIVE, TO TRANSFER VENUE</u>**<br><br>Date of Hearing: September 11, 2007<br>Time:            9:30 a.m.<br>Judge:           Hon. Martin J. Jenkins |

SF #1323499 v1

DECL. OF ELISA LEE IN SUPPORT OF PLAINTIFF XTENDED BEAUTY, INC.'S OPP. TO DEFENDANTS XTREME LASHES, LLC AND JOUMANA MOUSELLI'S MOT. TO DISMISS OR, IN THE ALT., TO TRANSFER VENUE, CASE NO. C07-03391 MJJ

1.      I am President and CEO of Xtended Beauty, Inc. ("Xtended Beauty"). I have personal knowledge of the facts set forth herein, and if called to testify to them could and would do so competently.

2.      Xtended Beauty was incorporated in January 2007. Its only office is located at 2707 McCone Avenue in Hayward, California. Xtended Beauty has never had an office in any other location, including in Texas. All of Xtended Beauty's business and corporate records are located in our office in Hayward. All of Xtended Beauty's bank accounts are in the San Francisco Bay Area. Xtended Beauty owns no property and has no bank accounts in Texas.

3.      Xtended Beauty is in the business of selling semi-permanent eyelash extensions and related products and services. Our products and services are sold primarily to distributors and wholesalers for the beauty and spa industry, and also to beauty salons, spa operators, and lash extension professionals.

4.      The majority of Xtended Beauty's customers are located in California, including in the San Francisco/San Jose area.

5.      The majority of Xtended Beauty's products are sold in California, including in the San Francisco/San Jose area.

6.      The majority of the trade shows that Xtended Beauty attends to promote its products have been and are held in California, including in the San Francisco/San Jose area.

7.      The majority of Xtended Beauty's training sessions have taken place and take place in California, including in the San Francisco/San Jose area. All of Xtended Beauty's trainers reside in the San Francisco/San Jose area.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2007, in Hayward, California.

*/s/ Elisa Lee*
ELISA LEE

GENERAL ORDER 45 CERTIFICATION

I, Robert A. Weikert, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  August 21, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ Robert A. Weikert_____
ROBERT A. WEIKERT
Attorneys for Plaintiff
XTENDED BEAUTY, INC.