ROBERT A. WEIKERT  (State Bar No. 121146)
VERONICA COLBY DEVITT (State Bar No. 79955)
JOHN A. CHATOWSKI (state Bar No. 174471)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA   94105-3601
Telephone:  415-371-1200
Facsimile:  415-371-1211
raweikert@thelen.com
vdevitt@thelen.com
jachatowski@thelen.com

Attorneys for Plaintiff
XTENDED BEAUTY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Liability Corporation; and JOUMANA MOUSSELLI, an individual,<br><br>     Defendants. | CASE NO.  C 07-03391 MJJ<br><br>**DECLARATION OF ROBERT A. WEIKERT IN SUPPORT OF PLAINTIFF EXTENDED BEAUTY, INC.'S OPPOSITION TO DEFENDANTS XTREME LASHES, LLC AND JOUMANA MOUSSELLI'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**   ___<br><br>Date of Hearing:    September 11, 2007<br>Time:                   9:30 a.m.<br>Judge:                  Hon. Martin J. Jenkins |

SF #1323500 v1

DECL. OF ROBERT A. WEIKERT IN SUPPORT OF PLTF EXTENDED BEAUTY, INC.'S OPP. TO DFTS XTREME LASHES, LLC
AND JOUMANA MOUSSELLI'S MOT. TO DISMISS OR, IN THE ALT., TO TRANSFER VENUE, CASE NO. C07-03391 MJJ

1. I am member of the bar of this Court and am a partner in the firm of Thelen Reid Brown Raysman & Steiner LLP, counsel of record for Plaintiff Extended Beauty, Inc. ("Xtended Beauty") in this action. Except as otherwise indicated, the following is based on my own personal knowledge, and if called upon to testify thereto, I could and would do so competently.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter from Defendants' counsel Karen B. Tripp dated June 20, 2007.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter from Plaintiff's counsel Veronica Devitt to Defendants' counsel dated June 28, 2007.

4. Attached hereto as Exhibit "C" is a true and correct copy of a letter from Defendants' counsel Karen B. Tripp to Plaintiff's counsel Veronica Devitt dated July 12, 2007.

5. Attached hereto as Exhibit "D" is a true and correct copy of an August 7, 2007 Judicial Caseload Profile for the United States District Court for the Northern District of California and the United States District Court for the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2007, in San Francisco, California.

                                                /s/ Robert A. Weikert
                                                  Robert A. Weikert