EXHIBIT C

# Karen B. Tripp

*Attorney at Law*
P.O. Box 1301
Houston, Texas 77251-1301
(713) 658-9323 phone
(713) 658-9410 fax
ktripp@tripplaw.com

July 12, 2007

*US Express Mail, RRR*

Ms. Veronica Colby Devitt
Thelen Reid Brown Raysman & Steiner
101 Second Street, Suite 1800
San Francisco, CA 94105

Re:   Xtended Beauty, Inc. v. Xtreme Lashes, Inc. and Joumana Mousselli
      Civil Action No. C 07-03391 JCS

Dear Ms. Devitt:

This letter is to acknowledge that I received your letter dated June 28, 2007 via US Express Mail on July 2, 2007. I did not receive the e-mail version represented on the letter. I received notice on my server about June 28 that an e-mail was being sent from you. However, I could not bring the e-mail into my computer and was unable to learn of its contents. I sent you an e-mail on June 29 with this information, but never received a reply.

This letter is also to memorialize that, with respect to the copy of your complaint provided with your letter, we have never talked, and I have never agreed to accept service, and do not do so now, on behalf of Xtreme Lashes, Inc. or Joumana Mousselli.

Very truly yours,

Karen B. Tripp

cc:   Joumana Mousselli
      Xtreme Lashes, Inc.