EXHIBIT D

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,683 | 6,362 | 6,727 | 6,919 | 7,887 | 6,841 | | |
| | Terminations | | 6,983 | 6,966 | 6,471 | 7,094 | 6,675 | 6,069 | | |
| | Pending | | 8,157 | 6,557 | 7,267 | 7,567 | 7,958 | 6,928 | | |
| | % Change in Total Filings | Over Last Year | 36.5 | | | | | | 4 | 1 |
| | | Over Earlier Years | | 29.1 | 25.5 | 10.1 | 26.9 | | 10 | 2 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 3.1 | 12.0 | 3.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 620 | 455 | 480 | 494 | 563 | 489 | 11 | 3 |
| | | Civil | 558 | 390 | 413 | 424 | 510 | 439 | 6 | 2 |
| | | Criminal Felony | 37 | 39 | 44 | 47 | 42 | 50 | 82 | 12 |
| | | Supervised Release Hearings** | 25 | 26 | 23 | 23 | 11 | - | 36 | 12 |
| | Pending Cases | | 583 | 468 | 519 | 541 | 568 | 495 | 12 | 2 |
| | Weighted Filings** | | 621 | 543 | 581 | 631 | 598 | 610 | 5 | 2 |
| | Terminations | | 499 | 498 | 462 | 507 | 477 | 434 | 28 | 5 |
| | Trials Completed | | 8 | 10 | 10 | 11 | 11 | 11 | 91 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.2 | 12.6 | 11.1 | 11.7 | 11.8 | 10.1 | 75 | 11 |
| | | Civil** | 7.4 | 9.8 | 8.2 | 10.6 | 9.5 | 9.1 | 11 | 3 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 28.0 | 22.5 | 30.3 | 23.5 | 22.7 | 41 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 528 | 530 | 430 | 377 | 475 | 335 | | |
| | | Percentage | 7.3 | 9.5 | 6.9 | 5.7 | 6.7 | 5.6 | 60 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.4 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 59.09 | 55.21 | 61.19 | 65.00 | 66.42 | 60.46 | | |
| | | Percent Not Selected or Challenged | 43.2 | 31.0 | 48.9 | 40.9 | 47.2 | 42.2 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7812 | 128 | 2118 | 1540 | 105 | 23 | 487 | 577 | 481 | 464 | 745 | 105 | 1039 |
| Criminal* | 507 | 16 | 58 | 134 | 70 | 89 | 18 | 28 | 8 | 9 | 15 | 27 | 35 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TEXAS SOUTHERN** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 13,469 | 14,887 | 15,102 | 13,487 | 12,762 | 10,919 | | |
| | Terminations | | 14,632 | 14,413 | 14,082 | 12,862 | 12,340 | 10,583 | | |
| | Pending | | 8,757 | 10,054 | 9,634 | 8,589 | 7,904 | 7,512 | | |
| | % Change in Total Filings | Over Last Year | -9.5 | | | | | | 74 | 7 |
| | | Over Earlier Years | | | -10.8 | -.1 | 5.5 | 23.4 | 12 | 2 |
| | Number of Judgeships | | 19 | 19 | 19 | 19 | 19 | 19 | | |
| | Vacant Judgeship Months** | | 3.8 | .3 | .0 | .0 | 14.0 | 21.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 709 | 783 | 794 | 709 | 672 | 575 | 5 | 2 |
| | | Civil | 340 | 377 | 433 | 408 | 405 | 357 | 40 | 7 |
| | | Criminal Felony | 277 | 326 | 295 | 254 | 220 | 218 | 3 | 2 |
| | | Supervised Release Hearings** | 92 | 80 | 66 | 47 | 47 | - | 4 | 1 |
| | Pending Cases | | 461 | 529 | 507 | 452 | 416 | 395 | 23 | 5 |
| | Weighted Filings** | | 536 | 600 | 629 | 609 | 585 | 520 | 17 | 5 |
| | Terminations | | 770 | 759 | 741 | 677 | 649 | 557 | 7 | 2 |
| | Trials Completed | | 23 | 25 | 27 | 32 | 41 | 44 | 28 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 4.9 | 4.7 | 4.5 | 4.6 | 4.8 | 4.5 | 3 | 1 |
| | | Civil** | 8.6 | 9.8 | 6.8 | 7.2 | 7.1 | 9.0 | 26 | 4 |
| | From Filing to Trial** (Civil Only) | | 18.8 | 15.3 | 19.5 | 20.8 | 18.9 | 18.5 | 15 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 229 | 176 | 61 | 65 | 99 | 169 | | |
| | | Percentage | 5.0 | 3.3 | 1.1 | 1.2 | 1.9 | 3.4 | 37 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 44.39 | 48.14 | 55.44 | 49.36 | 47.25 | 46.68 | | |
| | | Percent Not Selected or Challenged | 37.4 | 36.6 | 42.7 | 40.8 | 41.7 | 41.8 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6467 | 149 | 296 | 1835 | 95 | 64 | 347 | 1590 | 670 | 338 | 561 | 11 | 511 |
| Criminal* | 5245 | 495 | 557 | 3679 | 182 | 161 | 15 | 24 | 6 | 13 | 46 | 33 | 34 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."