E. JEFFREY BANCHERO (SBN 93077)
SCOTT R. RABER (SBN 194924)
KASTNER | BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Banchero's email: ejb@kastnerbanchero.com
Mr. Raber's email: srr@kastnerbanchero.com

Howard L. Steele (Texas SBN 24002999)
Charles A. Sturm (Texas SBN 24003020)
(admitted *pro hac vice*)
STEELE STURM, PLLC
1000 Louisiana, Suite 3780
Houston, Texas 77002
Telephone: (713) 659-2600
Facsimile: (713) 659-2601
Mr. Steele's email: hsteele@steelesturm.com
Mr. Sturm's email: csturm@steelesturm.com

Attorneys for Defendants
XTREME LASHES, LLC and JOUMANA MOUSSELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Corporation; and JOUMANA MOUSSELLI, an Individual,<br><br>Defendant(s). | CASE NO. C 07-03391 MJJ<br><br>**DEFENDANTS' MOTION PURSUANT TO CIV. L. R. 6-3 TO SHORTEN THE TIME TO HEAR DEFENDANTS' OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGEMENT ACT; DECLARATION OF SCOTT R. RABER IN SUPPORT THEREOF**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 11<br>Judge: Hon. Martin J. Jenkins |

- 1 -
DEFENDANTS' MOTION PURSUANT TO CIV. L. R. 6-3 TO SHORTEN THE TIME TO HEAR DEFENDANTS' OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGEMENT ACT; DECL. OF SCOTT R. RABER
Case No. C07-03391 MJJ

Pursuant to Civil Local Rule 6-3, Defendants move this Court to shorten the time to hear Defendants' Objection to the Court's Exercise of Jurisdiction Pursuant to the Declaratory Judgment Act (the "Objection"), which is being filed contemporaneously with this motion. As demonstrated in the accompanying declaration of counsel, good cause exists for hearing this matter on shortened time.

On June 19, 2007, Defendants sent Plaintiff a cease and desist letter after having learned that Plaintiff was improperly using Defendants' trademark. The letter stated that Defendants intended to file suit on June 30, 2007, unless Plaintiff gave Defendants written confirmation that Plaintiff had stopped using the trademark. After receiving Defendants' letter, Plaintiff filed suit on June 28, 2007, pursuant to the Declaratory Judgment Act against Defendants in this Court, before the deadline given by Defendants expired. Defendants then filed suit in the Southern District of Texas against Plaintiffs on July 27, 2007, asserting numerous federal statutory claims, a Texas statutory claim, and a claim based on Texas common law. *See* Objection at 3-4.

Defendants' suit in the Southern District of Texas has been active, including a pre-trial conference, an Order from the Judge regarding discovery, and Plaintiff's production of some documents, all of which occurred prior to this Court's September 7, 2007 Order, and after all briefing was completed on Defendants' Motion to Dismiss. (*See* Declaration of Scott R. Raber, dated September 14, 2007 ("Raber Decl."), Exhibit A). The discovery produced by Plaintiff shows that the Texas Court has personal jurisdiction over Plaintiff.

Defendants have now filed an objection to this Court's exercise of jurisdiction in this matter and are concurrently requesting that this Court grant this Motion to Shorten Time to Hear Defendants' Objection. The Texas Court has been informed of this Court's ruling on Defendants' Motion to Dismiss. In response, it has asked the parties to submit briefing, by 5:00 P.M., September 17, 2007, regarding whether the Texas case should be dismissed in light of this Court's ruling. (*See* Raber Decl., Exhibit B). Defendants' intend to ask the Texas Court to delay any decision on

\\\

dismissing or abating its action until this Court has ruled on Defendants' Objection. Absent an expedited ruling on Defendants' Objection, the procedural posture of this case – and the matter pending in the Southern District of Texas – will remain unresolved. Consequently, Defendants request that this Court grant this motion and rule on Defendants' Objection in an expedited manner.

DATED: September 14, 2007        STEELE STURM, PLLC

KASTNER | BANCHERO LLP


By: _____/s/_____
SCOTT R. RABER

Attorneys for Defendants
XTREME LASHES, LLC and
JOUMANA MOUSSELLI

## DECLARATION OF SCOTT R. RABER

I, SCOTT R. RABER, hereby declare:

1.   I am an attorney admitted to practice before all courts of the States of California and New York, and am a partner at Kastner | Banchero LLP, counsel representing defendants Xtreme Lashes, LLC and Joumana Mousselli in this action. I submit this declaration in support of defendants' motion to shorten the time to hear Defendants' Objection to the Court's Exercise of Jurisdiction Pursuant to the Declaratory Judgment Act. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2.   Defendants are asking this Court to decline to retain jurisdiction in this matter as allowed by the Declaratory Judgment Act and Ninth Circuit precedent. Moreover, Defendants argue that Plaintiff ran to the courthouse in bad faith to initiate litigation, which would have taken place in Texas, if not for Plaintiff's bad-faith conduct.

3.   Plaintiffs' contend that their choice of forum is correct and because they filed their action first that they get the venue of their choosing.

4. Defendants request this shortening of time in order to conserve judicial resources, which are currently being expended in both the Northern District of California and in the Southern District of Texas. (*See* Docket Sheets from both 3:07-CV-03391-MJJ (N.D. Cal.) and H-07-CV-02460 (S.D. Tex.), attached hereto as Exhibit A). If the Court grants the Objection and declines jurisdiction, then this case will be dismissed. On the other hand, if the Court denies the Objection, Defendants concede that the Texas action should be dismissed or abated. Because this Court's decision on Defendants' objection will determine whether the Texas litigation should go forward, Defendants request that this Court expeditiously rule on Defendants' Objection.

5. Defendants' counsel has conferred with Plaintiff's counsel telephonically and via email regarding the Motion to Shorten Time and Defendants' Objection. Plaintiff's counsel has stated that he is opposed to both the Motion to Shorten Time and Defendants' Objection.

6. The Texas Court has been informed of this Court's ruling on Defendants' Motion to Dismiss. In response, it has asked the parties to submit briefing, by 5:00 P.M., September 17, 2007, regarding whether the Texas case should be dismissed in light of this Court's ruling. (*See* Judge Hughes's September 13, 2007 Order, Exhibit B). Defendants intend to ask the Texas Court to defer any decision in the Texas matter until this Court rules on the Objection. In light of the impending briefing deadline in the Texas Court, Defendants request that this Court rule on the Objection expeditiously.

7. There have been no previous time modifications in this matter to date. The requested time modification will not affect scheduling in this case.

8. In conjunction with this application for an order shortening time, my office has also filed and served a copy of the Objection on plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of September 2007 at San Francisco, California.

_____/s/_____
Scott R. Raber

**EXHIBIT A**

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:07-cv-02460

Xtreme Lashes LLC et al v. Xtended Beauty Inc.  
Assigned to: Judge Lynn N. Hughes  
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 07/27/2007  
Jury Demand: Plaintiff  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question

**Plaintiff**

**Xtreme Lashes LLC**　　　　　　　　　　　represented by **Howard L Steele, Jr**  
Steele Sturm PLLC  
1000 Louisiana  
Ste 3780  
Houston, TX 77002  
713-659-2600  
Fax: 713-659-2601  
Email: hsteele@steelesturm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joumana Mousselli**　　　　　　　　　　　represented by **Howard L Steele, Jr**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Xtended Beauty Inc.**　　　　　　　　　　represented by **John A Chatowski**  
Thelen Reid et al  
101 Second Street  
18th Fl  
San Francisco, CA 94105  
415-371-1200  
Email: jachatowski@thelen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paul C Van Slyke**  
Locke Liddell & Sapp  
600 Travis  
Ste 3400 JP Morgan Chase Tower  
Houston, TX 77002-3095  
713-226-1406  
Fax: 713-223-3717 fax  
Email: pvanslyke@lockeliddell.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Weikert**
Thelen Reid et al
101 Second Streeet
18th Fl
San Francisco, CA 94105
415-371-1200
Fax: 415-371-1211
Email: raweikert@thelen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2007 | 1 | COMPLAINT against Xtended Beauty Inc. (Filing fee $ 350) filed by Xtreme Lashes LLC, Joumana Mousselli.(bthomas, ) (Entered: 07/27/2007) |
| 07/29/2007 |   | CIVIL Filing fee re: 1 Complaint : $350.00, receipt number 4-583716, filed. (ejones, ) Paid by Steele Sturm, PLLC (Entered: 07/30/2007) |
| 07/30/2007 | 2 | ORDER FOR CONFERENCE. Initial Conference set for 10/9/2007 at 10:00 AM in Room 11122 before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified.(sbyrum, ) (Entered: 07/30/2007) |
| 08/20/2007 | 3 | Order Resetting Conference. Initial Pretrial Conference reset for 8/27/2007 at 03:30 PM in Room 11122 before Judge Lynn N. Hughes. (Signed by Judge Lynn N. Hughes) Parties notified. (dkelly, ) (Entered: 08/20/2007) |
| 08/23/2007 | 4 | MOTION for John A. Chatowski, Esq to Appear Pro Hac Vice by Xtended Beauty Inc., filed. Motion Docket Date 9/12/2007. (ltrevino, ) (Entered: 08/24/2007) |
| 08/23/2007 | 5 | MOTION for Robert A. Weikert, Esq. to Appear Pro Hac Vice by Xtended Beauty Inc., filed. Motion Docket Date 9/12/2007. (ltrevino, ) (Entered: 08/24/2007) |
| 08/27/2007 | 6 | CONFERENCE MEMORANDUM: Appearances: Howard L Steele, Jr., and Charles Sturm f/Pltf; Robert A Weikert (by phone) f/Deft. Order to be entered. Review deadline 9/17/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(kmurphy, ) (Entered: 08/28/2007) |
| 08/27/2007 | 9 | ORDER by 3:00 pm 8/28/07 Xtended Beauty will give Xtrement Lashes a list of categories of products it sells and what percentage of its gross revenue the category represents, and a report of how much business it does in Texas.( Signed by Judge Lynn N. Hughes ) Parties notified. (kmurphy, ) (Entered: 08/28/2007) |

| | | |
|---|---|---|
| 08/28/2007 | 7 | ORDER granting John A Chatowski's 4 Motion to Appear Pro Hac Vice for Xtended Beauty Inc.( Signed by Judge Lynn N. Hughes ) Parties notified.(kmurphy, ) (Entered: 08/28/2007) |
| 08/28/2007 | 8 | ORDER granting Robert Weikert's 5 Motion to Appear Pro Hac Vice for Xtended Beauty Inc.( Signed by Judge Lynn N. Hughes ) Parties notified. (kmurphy, ) (Entered: 08/28/2007) |
| 08/29/2007 | 10 | NOTICE of Appearance by Paul C. VanSlyke on behalf of Xtended Beauty Inc., filed. (Van Slyke, Paul) (Entered: 08/29/2007) |
| 09/11/2007 | 11 | Letter from Paul C. Van Slyke re: ruling by Judge Jenkins in the California declaratory judgment action, filed. (dkelly, ) (Entered: 09/12/2007) |
| 09/13/2007 | 12 | ORDER: By 5:00 p.m. on 9/17/2007, the parties will explain why this case should not be dismissed in favor of the California action.( Signed by Judge Lynn N. Hughes ) Parties notified.(dkelly, ) (Entered: 09/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/13/2007 14:27:01 | | | |
| PACER Login: | ss5347 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:07-cv-02460 |
| Billable Pages: | 2 | Cost: | 0.16 |

ADRMOP, AO279, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03391-MJJ

| | |
|---|---|
| Xtended Beauty, Inc. v. Xtreme Lashes, LLC et al | Date Filed: 06/28/2007 |
| Assigned to: Hon. Martin J. Jenkins | Jury Demand: None |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Xtended Beauty, Inc.**  represented by  **Robert Ahlefeld Weikert**
*a California Corporation*                     Thelen Reid & Priest LLP
                                               101 Second Street
                                               Suite 1800
                                               San Francisco, CA 94105-3601
                                               415/371-1200
                                               Fax: 415-371-1211
                                               Email: raweikert@thelenreid.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Veronica Colby Devitt**
                                               Thelen Reid & Priest LLP
                                               101 Second Street
                                               Suite 1800
                                               San Francisco, CA 94105
                                               415-371-1200
                                               Fax: 415-371-1211
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Xtreme Lashes, LLC**  represented by  **Scott Robert Raber**
*a Texas Limited Liability Corporation*        Kastner/Banchero LLP
                                               20 California Street
                                               7th Floor
                                               San Francisco, CA 94111
                                               415-398-7000
                                               Fax: 415-616-7000
                                               Email: srr@kastnerbanchero.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Charles Alfred Sturm**

  1000 Louisiana
  Suite
  3780
  Houston, TX 77002
  7136592600
  Fax: 7136592601
  Email: csturm@steelesturm.com
  *ATTORNEY TO BE NOTICED*

  **Howard J. Steele, Jr.**
  Steele Sturm PLLC
  1000 Lousiana
  Suite 3780
  Houston, TX 77002
  (713) 659-2600
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Joumana Mousselli**    represented by  **Scott Robert Raber**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Charles Alfred Sturm**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Howard J. Steele, Jr.**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2007 | 1 | COMPLAINT for Declaratory Relief against Xtreme Lashes, LLC, Joumana Mousselli (Filing fee $ 350.00, receipt number 34611007781). Filed byXtended Beauty, Inc. (gba, COURT STAFF) (Filed on 6/28/2007) Additional attachment(s) added on 7/5/2007 (gba, COURT STAFF). (Entered: 06/28/2007) |
| 06/28/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/5/2007. Case Management Conference set for 10/12/2007 01:30 PM. (Attachments: # 1 CMC Standing Order# 2 JCS Standing Order# 3 New Standing Order)(gba, COURT STAFF) (Filed on 6/28/2007) (Entered: 06/28/2007) |
| 06/28/2007 |  | Summons Issued as to Xtreme Lashes, LLC, Joumana Mousselli. (gba, COURT STAFF) (Filed on 6/28/2007) (Entered: 06/28/2007) |
| 06/28/2007 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 6/28/2007) (Entered: 06/28/2007) |

| 06/28/2007 | 3 | REPORT on the filing or determination of an action regarding Trademark Infringement (cc: form mailed to register). (gba, COURT STAFF) (Filed on 6/28/2007) (Entered: 06/28/2007) |
|---|---|---|
| 07/03/2007 | 4 | CLERK'S NOTICE TO PLAINTIFF RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by JULY 17, 2007. (klh, COURT STAFF) (Filed on 7/3/2007) (Entered: 07/03/2007) |
| 07/06/2007 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by Xtended Beauty, Inc. *and Request for Reassignment to a United States District Judge.* (Weikert, Robert) (Filed on 7/6/2007) (Entered: 07/06/2007) |
| 07/06/2007 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 7/6/2007) (Entered: 07/06/2007) |
| 07/09/2007 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Martin J. Jenkins for all further proceedings. Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 7/9/07. (as, COURT STAFF) (Filed on 7/9/2007) (Entered: 07/09/2007) |
| 07/11/2007 | 8 | CLERK'S NOTICE - Case Management Conference set for 10/16/2007 02:00 PM, before Hon. Martin J. Jenkins, Courtroom 11, 19th Floor, San Francisco. Joint Case Management Statement due by 10/9/2007. (Attachments: # 1 MJJ Standing Order) (epb, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/20/2007 | 9 | CERTIFICATE OF SERVICE by Xtended Beauty, Inc. *Certificate of Service of Summons, Related Papers* (Weikert, Robert) (Filed on 7/20/2007) (Entered: 07/20/2007) |
| 07/31/2007 | 10 | ANSWER to Complaint byXtreme Lashes, LLC, Joumana Mousselli. (Raber, Scott) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 07/31/2007 | 11 | ASSOCIATION of Counsel *REQUEST FOR JUDICIAL NOTICE* by Xtreme Lashes, LLC, Joumana Mousselli. (Raber, Scott) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 07/31/2007 | 12 | MOTION to Dismiss *or In The Alternative, MOTION to Transfer Venue; Memorandum of Points and Authorities in Support Thereof* filed by Xtreme Lashes, LLC, Joumana Mousselli. Motion Hearing set for 9/11/2007 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Raber, Scott) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 07/31/2007 | 13 | MOTION of Howard L. Steele, Jr. for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 3461100890) filed by Xtreme Lashes, LLC, Joumana Mousselli. (slh, COURT STAFF) (Filed on 7/31/2007) (Entered: 08/06/2007) |
| 07/31/2007 | 14 | MOTION of Charles A. Sturm for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611008899) filed by Xtreme Lashes, LLC, Joumana Mousselli. (slh, COURT STAFF) (Filed on 7/31/2007) (Entered: 08/06/2007) |
| 08/14/2007 | 15 | ORDER by Judge Martin J. Jenkins granting [13] Motion for Pro Hac |

| | | |
|---|---|---|
| | | Vice Admission of Attorney Howard Steel, representing Defendant J. Mousselli. Signed 8/3/07. (epb, COURT STAFF) (Filed on 8/14/2007) Additional attachment(s) added on 8/14/2007 (epb, COURT STAFF). (Entered: 08/14/2007) |
| 08/14/2007 | 16 | ORDER by Judge Martin J. Jenkins granting [14] Motion for Pro Hac Vice Admission of Attorney Charles Sturm, representing Defendant J. Mousselli. Signed 8/3/07. (epb, COURT STAFF) (Filed on 8/14/2007) Additional attachment(s) added on 8/14/2007 (epb, COURT STAFF). (Entered: 08/14/2007) |
| 08/21/2007 | 17 | MOTION to Dismiss *Plaintiff Xtended Beauty, Inc.'s Opposition to Defendants Xtreme Lashes, LLC and Joumana Moussellis Motion to Dismiss or, in the Alternative, to Transfer Venue* filed by Xtended Beauty, Inc.. Motion Hearing set for 9/11/2007 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Weikert, Robert) (Filed on 8/21/2007) (Entered: 08/21/2007) |
| 08/21/2007 | 18 | Declaration of Elisa Lee in Support of 17 MOTION to Dismiss *Plaintiff Xtended Beauty, Inc.'s Opposition to Defendants Xtreme Lashes, LLC and Joumana Moussellis Motion to Dismiss or, in the Alternative, to Transfer Venue Declaration of Elisa Lee in Support of Plaintiff Xtended Beauty, Inc.'s Opposition to Defendants Xtreme Lashes, LLC and Joumana Mousselli's Motion to Dismiss or, in the Alternative, to Transfer Venue* filed byXtended Beauty, Inc.. (Related document(s)17) (Weikert, Robert) (Filed on 8/21/2007) (Entered: 08/21/2007) |
| 08/21/2007 | 19 | Declaration of Robert A. Weikert *Declaration of Robert A. Weikert in Support of Plaintiff Extended Beauty, Inc.'s Opposition to Defendants Xtreme Lashes, LLC and Joumana Mousselli's Motion to Dismiss or, in the Alternative, to Transfer Venue* filed byXtended Beauty, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Weikert, Robert) (Filed on 8/21/2007) (Entered: 08/21/2007) |
| 08/28/2007 | 20 | Reply Memorandum re 12 MOTION to Dismiss *or In The Alternative, MOTION to Transfer Venue; Memorandum of Points and Authorities in Support Thereof* filed byXtreme Lashes, LLC, Joumana Mousselli. (Banchero, E.) (Filed on 8/28/2007) (Entered: 08/28/2007) |
| 09/07/2007 | 21 | ORDER by Judge Martin J. Jenkins denying 12 Motion to Dismiss and Motion to Transfer. (mjjlc1, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/13/2007 12:29:32 | | | |
| PACER Login: | ss5347 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-03391-MJJ |

| Billable Pages: | 3 | Cost: | 0.24 |
|---|---|---|---|

**EXHIBIT B**

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Xtreme Lashes LLC, et al., §
§
    Plaintiffs, §
§
versus §    Civil Action H-07-2460
§
Xtended Beauty, Inc., §
§
    Defendant. §

## Order

By 5:00 p.m. on September 17, 2007, the parties will explain why this case should not be dismissed in favor of the California action.

Signed on September **13**, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge