UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> XTREME LASHES, LLC, a Texas Limited Corporation; and JOUMANA MOUSELLI, an Individual, <br><br> Defendant(s). | CASE NO. C 07-03391 MJJ <br><br> **[PROPOSED] ORDER** |

 Defendants' Motion to Shorten Time to Hear Defendants' Objection to the Court's Exercise of Jurisdiction Pursuant to the Declaratory Judgment Act (the "Objection") is GRANTED and the following briefing schedule is hereby ordered:

 Plaintiff's Response to the Defendants' Objection is due September 24, 2007;

 Defendants' Reply to Plaintiff's Response, if any is due September 28, 2007; and

 Defendants' Objection is set for hearing on October 2, 2007 at 9:30 a.m.

 IT IS SO ORDERED.

DATED: September ____, 2007    _____
                 Hon. Martin J. Jenkins
                 United States District Judge

- 1 -

**Case No. C07 -03391 MJJ**