ROBERT A. WEIKERT (State Bar No. 121146)
VERONICA COLBY DEVITT (State Bar No. 79955)
JOHN A. CHATOWSKI (State Bar No. 174471)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3601
Telephone:  415-371-1200
Facsimile:  415-371-1211
raweikert@thelen.com
vdevitt@thelen.com
jachatowski@thelen.com

Attorneys for Plaintiff
XTENDED BEAUTY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Liability Corporation; and JOUMANA MOUSSELLI, an individual,<br><br>　　　　Defendants. | CASE NO.  C 07-03391 MJJ<br><br>**PLAINTIFF XTENDED BEAUTY, INC.'S CERTIFICATE OF INTERESTED PARTIES (Local Rule 3-16)** |

1  TO THE COURT CLERK AND ALL PARTIES OF RECORD:

2      Pursuant to Local Rule 3-16, Plaintiff Xtended Beauty, Inc. ("Plaintiff") certifies that the
3  following persons, associations of persons, firms, partnerships, corporations (including parent
4  corporations) or other entities (i) have a financial interest in the subject matter in controversy or in
5  a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party
6  that could be substantially affected by the outcome of this proceeding:

| Name | Connection & Interest |
|---|---|
| Xtended Beauty, Inc. | Plaintiff |
| Rex Lau | Shareholder of Xtended Beauty, Inc. |
| Elisa Lee | Shareholder of Xtended Beauty, Inc. |
| Xtreme Lashes LLC | Defendant |
| Joumana Mousseli | Defendant |

Dated:  September 14, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ Robert A. Weikert_____
ROBERT A. WEIKERT

Attorneys for Plaintiff
XTENDED BEAUTY, INC.