1  ROBERT A. WEIKERT (State Bar No. 121146)
   VERONICA COLBY DEVITT (State Bar No. 79955)
2  JOHN A. CHATOWSKI (State Bar No. 174471)
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  101 Second Street, Suite 1800
   San Francisco, CA 94105-3601
4  Telephone: 415-371-1200
   Facsimile: 415-371-1211
5  raweikert@thelen.com
   vdevitt@thelen.com
6  jachatowski@thelen.com

7  Attorneys for Plaintiff
   XTENDED BEAUTY, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | XTENDED BEAUTY, INC., a California | CASE NO. C 07-03391 MJJ
12 | Corporation, |
   |  | **PLAINTIFF XTENDED BEAUTY, INC.'S**
13 | Plaintiff, | **NOTICE OF PENDENCY OF OTHER**
   |  | **ACTION (Local Rule 3-13)**
14 | v. |
15 | XTREME LASHES, LLC, a Texas Limited |
   | Liability Corporation; and JOUMANA |
16 | MOUSSELLI, an individual, |
17 | Defendants. |

1  TO THE COURT CLERK AND ALL PARTIES OF RECORD:

2      Pursuant to Local Rule 3-13, Plaintiff Xtended Beauty, Inc. ("Plaintiff") provides notice of
3  the pendency of the following action:

4      1.    <u>Description of the Action</u>:  Complaint for Trademark Infringement.

5      2.    <u>Title and Location of Action</u>: *Xtreme Lashes LLC and Joumana Mousselli v.*
6  *Xtended Beauty, Inc.*, filed in the United States District Court for the Southern District of Texas,
7  Case No. H 07-2460 (filed July 27, 2007).

8      3(A).    <u>Relationship of the Other Action to the Pending Action</u>:  Plaintiffs' action herein,
9  which was filed first, and Defendants' Texas action for trademark infringement both seek a
10 determination of the parties' rights related to the same trademarks.

11     3(B).    <u>Is the Other Action Pending in another U.S. District Court</u>:  Yes.

12 Dated: September 14, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

14     By    /s/ Robert A. Weikert
    ROBERT A. WEIKERT

    Attorneys for Plaintiff
16     XTENDED BEAUTY, INC.