# EXHIBIT B

## STEELE STURM P.L.L.C.

ATTORNEYS AT LAW

Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002
TELEPHONE (713) 659-2600
FACSIMILE (713) 659-2601

# FAX COVER SHEET

FROM: Kristi Glowka -- Paralegal

TO: Mr. John Chatowski, Esq.

FAX NO: 415-369-8740

DATE: 8-29-07

RE: Order dated 8-27-07 by Judge Hughes

COMMENTS:

## NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is:

1. SUBJECT TO THE ATTORNEY CLIENT PRIVILEGE
2. ATTORNEY WORK PRODUCT
3. CONFIDENTIAL

It is intended only for the individual or entity designated below. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated below is <u>unauthorized</u> and <u>strictly prohibited</u>. If you have received this facsimile by error, please notify STEELE STURM PLLC by telephone at (713) 659-2600, immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail or, if authorization is granted by the sender, destroyed.

NO. OF PAGES  2  (including this page)

If all pages are not received, please contact sender at (713) 659-2600

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| XTREME LASHES L.L.C., et al., § § Plaintiffs, § § versus § § § XTENDED BEAUTY, INC., § § Defendant. § | CIVIL ACTION H-07-2460 |

## Order

By 3:00 p.m. August 28, 2007, Xtended Beauty will give Xtreme Lashes:

- A list of the categories of products it sells and what percentage of its gross revenue the category represents, and

- A report of how much business it does in Texas.

Signed on August 27, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge