EXHIBIT C

# Thomasian-Walter, Margaret

**Subject:** FW: Xtended Beauty v. Xtreme Lashes

-----Original Message-----
From: Chatowski, John
Sent: Thursday, September 13, 2007 6:01 PM
To: 'sraber@kastnerbanchero.com'; 'csturm@steelesturm.com'; 'srr@kastnerbanchero.com'
Cc: Weikert, Rob; 'hsteele@steelesturm.com'; 'Kglowka@steelesturm.com'; 'pvanslyke@lockeliddell.com'; Devitt, Veronica
Subject: Re: Xtended Beauty v. Xtreme Lashes


Scott:

Thank you for your email. I am out of the office and did not get your voice mail message

Without seeing defendants' "objection" and motion for an expedited hearing, and understanding the reason(s) why you believe the objection needs to be heard on shortened notice, we cannot agree to a shortened schedule. Without seeing your pleadings, we have no idea whether a week to respond, or some other amount of time less than what is provided by the local rules, would be sufficient. Please send me your pleadings and we will get back to you ASAP tomorrow in response to your proposal.

Finally, assuming you can convince us that the objection needs to be heard on shortened time, and we can come to an agreement on a briefing schedule, we would obviously need your agreement to extend the deadline for my client to file its first responsive pleading in the Texas action. Obviously there is realy no point in proceeding with the Texas action until Judge Jenkins decides what he wants to do. What I'm thinking about is an extension to file in the order of perhaps 14 days after Judge Jenkins rules on your objection.

John

John A. Chatowski
Thelen Reid Brown Raysman & Steiner LLP    101 Second Street, Suite 1800    San Francisco, CA 94105-3606
415.369.7195 direct    415.369.8740 direct fax    415.371.1200 general    415.371.1211 general fax
jachatowski@thelen.com

----- Original Message -----
From: Scott Raber <sraber@kastnerbanchero.com>
To: Chatowski, John; 'Charles' <csturm@steelesturm.com>; srr@kastnerbanchero.com <srr@kastnerbanchero.com>
Cc: Weikert, Rob; hsteele@steelesturm.com <hsteele@steelesturm.com>; 'Kristi Glowka' <Kglowka@steelesturm.com>; pvanslyke@lockeliddell.com <pvanslyke@lockeliddell.com>; Devitt, Veronica
Sent: Thu Sep 13 17:32:59 2007
Subject: RE: Xtended Beauty v. Xtreme Lashes

John,

Apropos of your email below, I left you a message earlier this afternoon to discuss a briefing schedule. We propose having your client's opposition due next Friday, September 21 – seven days after you receive our

1

objection to the exercise of jurisdiction. The issues are not materially different from what has previously been briefed (but not decided by the Court.) Our reply would be due three days thereafter (September 24), with the Court to schedule a hearing as it sees fit after that.

While we certainly do not expect you to agree with the merits of the underlying motion, I see no reason not to agree to a reasonable, expedited schedule.

Scott Raber

_____

From: Chatowski, John [mailto:jachatowski@thelen.com]
Sent: Thursday, September 13, 2007 3:22 PM
To: Charles; srr@kastnerbanchero.com
Cc: Weikert, Rob; hsteele@steelesturm.com; Kristi Glowka; pvanslyke@lockeliddell.com; Devitt, Veronica
Subject: RE: Xtended Beauty v. Xtreme Lashes

Charles:

You have not provided us with a copy of your motion for an expedited hearing. You also have not provided us with a copy of your "objection." Indeed, you have not even told us the date you want your "objection" to be heard, or what the proposed briefing schedule would be. Thus, we are simply not in a position to stipulate to the relief you are seeking (whatever that is). In any event, we believe Defendants' "objection" is baseless in light of Judge Jenkins' order.

John

>    -----Original Message-----
>    From: Charles [mailto:csturm@steelesturm.com]
>    Sent: Thursday, September 13, 2007 2:40 PM
>    To: Chatowski, John; srr@kastnerbanchero.com
>    Cc: Weikert, Rob; hsteele@steelesturm.com; 'Kristi Glowka'
>    Subject: RE: Xtended Beauty v. Xtreme Lashes
>
>
>    John, I am available to meet on September 19. I suggest we confer telephonically.
>
>        As you know, we are filing a new motion to present our objection to jurisdiction under the Declaratory Judgment Act. Until the court rules on the objection, we will not stipulate to a dismissal of the Texas case. That is one of the reasons we have asked for an expedited hearing on the motion.
>
>        In light of the importance of the ruling on our objection, I ask that you reconsider your objection to the expedited hearing. Frankly, it is in your client's interest as well to have this issue resolved sooner rather than later. Please let me know ASAP—we plan to file the motion today.
>
>    Best regards.
>    Charles A. Sturm
>    Steele Sturm, PLLC
>    Wells Fargo Plaza      1000 Louisiana, Suite 3780    Houston, Texas 77002
>    (713) 659-2600 (phone)        (713) 659-2601 (fax)   www.steelesturm.com

_____

2

From: Chatowski, John [mailto:jachatowski@thelen.com]
Sent: Tuesday, September 11, 2007 3:41 PM
To: srr@kastnerbanchero.com; csturm@steelesturm.com
Cc: Weikert, Rob
Subject: Xtended Beauty v. Xtreme Lashes


Dear Counsel,

Please let us know your availability for the early meeting of counsel in the above-referenced matter, which must be completed by September 25. We are available on September 13, 17, 18, and 19 in the afternoon. We propose that the meeting take place at our office here in San Francisco.

Also, in light of Judge Jenkins' September 7 Order, please let me know by Friday, September 14, if you would be willing to either stipulate to the transfer of the Texas action to the Northern District of California, or simply dismiss the Texas action and move to amend your client's answer to assert their counter-claims in the California action.

Thank you.

John A. Chatowski
Thelen Reid Brown Raysman & Steiner LLP    101 Second Street, Suite 1800    San Francisco, CA 94105-3606
415.369.7195 direct    415.369.8740 direct fax    415.371.1200 general    415.371.1211 general fax
jachatowski@thelen.com

3