EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XTREME LASHES LLC AND JOUMANA MOUSSELLI, § § § <br> Plaintiffs § § <br> V. § § <br> XTENDED BEAUTY INC. § § § <br> Defendant. § | Civil Action 4:07-cv-02460 |

**PLAINTIFFS' MOTION TO DELAY DISMISSAL**

On September 13, 2007, this Court ordered both parties to explain why this action should not be dismissed in favor of the action pending in the Northern District of California. (Docket Entry # 22). Although the California court denied Plaintiffs' motion to dismiss or, alternatively, motion to transfer venue on September 7, 2007, that court did not reach the issue of discretionary jurisdiction under the Declaratory Judgment Act. (*See* Exhibit A at 3 (stating that "[t]he court does not reach [the issue of declining jurisdiction under the Declaratory Judgment Act] . . . .")). Consequently, on September 14, 2007, Plaintiffs filed a motion asking the court to decline jurisdiction under the Act. (*See* Exhibit B). Plaintiffs have also asked for an expedited hearing. (*See* Exhibit C).

If the California court grants the requested relief, that action will be dismissed. As a result, Plaintiffs ask the Court to delay any further action in this matter until the California court rules on the motion.

Plaintiffs concede that if the United States District Court for the Northern District of California does not decline jurisdiction in its pending matter, this case should be dismissed.

        Respectfully submitted,

        STEELE STURM PLLC

        */s/ Charles Sturm*
        Howard L. Steele, Jr.
        Fed. Bar ID # 21615
        Wells Fargo Plaza
        1000 Louisiana, Suite 3780
        Houston, Texas 77002
        (713) 659-2600 [Telephone]
        (713) 659-2601 [Facsimile]

        **ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

Charles Sturm
Fed. Bar ID # 21777
Kim Goodling
Fed. Bar ID # 33873
STEELE STURM PLLC
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002
(713) 659-2600 [Telephone]
(713) 659-2601 [Facsimile]

## CERTIFICATE OF SERVICE

On September 17, 2007, the foregoing instrument was served on the following parties in this action by electronic mail, when email addresses are available, or by facsimile and/or first class mail:

>Robert A. Weikert
>Veronica Colby Devitt
>THELEN REID BROWN RAYSMAN & STEINER, LLP
>101 Second Street, Suite 1800
>San Francisco, California 94105

>_/s/ Charles Sturm_