E. JEFFREY BANCHERO (SBN 93077)
SCOTT R. RABER (SBN 194924)
KASTNER │ BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Banchero's email: ejb@kastnerbanchero.com
Mr. Raber's email:  srr@kastnerbanchero.com

Howard L. Steele (Texas SBN 24002999)
Charles A. Sturm (Texas SBN 24003020)
(admitted *pro hac vice*)
STEELE STURM, PLLC
1000 Louisiana, Suite 3780
Houston, Texas 77002
Telephone: (713) 659-2600
Facsimile: (713) 659-2601
Mr. Steele's email:  hsteele@steelesturm.com
Mr. Sturm's email:  csturm@steelesturm.com

Attorneys for Defendants
XTREME LASHES, LLC and JOUMANA MOUSSELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>  Plaintiff(s),<br><br>  v.<br><br>XTREME LASHES, LLC, a Texas Limited Corporation; and JOUMANA MOUSELLI, an Individual,<br><br>  Defendant(s). | CASE NO. C 07-03391 MJJ<br><br>**DEFENDANTS' NOTICE OF OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGEMENT ACT**<br><br>Date:   October 30, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom 11<br>Judge:  Hon. Martin J. Jenkins |

1    PLEASE TAKE NOTICE that on October 30, 2007, at 9:00 a.m., or as soon thereafter as the parties may be heard, defendants Xtreme Lashes, LLC and Joumana Mousselli (collectively, "Defendants") will move the Court for order dismissing this matter pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 (the "Objection").  The Objection is made on the grounds that the Declaratory Judgment Act permits this Court to refrain from exercising jurisdiction where, as here, plaintiffs have improperly availed themselves of this jurisdiction by forum-shopping in anticipation of litigation.  The Objection is based on this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Scott R. Raber and exhibits thereto; the complete files and records in this action; and such other evidence and argument as may be presented at the hearing.

DATED: September 21, 2007          STEELE STURM, PLLC

                                   KASTNER | BANCHERO LLP


                                   By: _____/s/_____
                                        SCOTT R. RABER

                                   Attorneys for Defendants
                                   XTREME LASHES, LLC and
                                   JOUMANA MOUSSELLI

- 2 -
**DEFENDANTS' NOTICE OF OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGMENT ACT**
Case No. C07-03391 MJJ