IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, | No. C07-03391 MJJ |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO SHORTEN THE TIME TO HEAR DEFENDANTS' OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION** |
| v. | |
| XTREME LASHES, | |
| Defendant. | |

Before the Court is Defendants Xtreme Lashes, LLC ("Xtreme Lashes") and Joumana Mouselli's ("Mouselli," collectively "Defendants") Motion to Shorten the Time to Hear Defendants' Objection to the Court's Exercise of Jurisdiction.[1] Defendants' Objection to the Court's Exercise of Jurisdiction is noticed for October 30, 2007.[2] Plaintiff Xtended Beauty ("Plaintiff") opposes the Motion.

Defendants request that the Court hear their Objection to the Court's Exercise of Jurisdiction on an expedited basis pursuant to Civil Local Rule 6-3. (Def.'s Motion at 2.) Civil Local Rule 6-3 requires Defendants to, inter alia, identify the substantial harm or prejudice that would occur if the Court did not expedite the proceeding. Defendants contend that this Court's findings on their Objection to the Court's Exercise of Jurisdiction will determine whether an action currently pending in Texas between the same parties should go forward.

---

[1] Docket No. 22.

[2] Docket No. 31.

Plaintiff filed this action on June 28, 2007 in the Northern District of California. (Docket No. 1.) A month later, Defendants filed suit against Plaintiff in the Southern District of Texas. (Def.'s Motion at 2.) On September 7, 2007 this Court denied Defendants' Motion to Dismiss or, in the alternative, Motion to Transfer venue. (Docket No. 21.) Shortly thereafter, the court in the Southern District of Texas required the parties to submit briefing regarding whether the Texas case should be dismissed. (Def.'s Motion at 2.) Defendants contend that they need this Court to review their Objection to the Court's Exercise of Jurisdiction on an expedited basis or else their Texas case will be dismissed.

Four days after Defendants filed this motion, however, the Judge presiding over the Texas case delayed dismissal of the Texas case pending the resolution of the Defendant's Objection to the Court's Exercise Jurisdiction before this Court. (Plf.'s Opp. Exh. E.) Defendants present no other arguments regarding the substantial harm or prejudice they will face if the Court does not grant this Motion. On the other hand, granting this Motion may prejudice Plaintiff by shortening Plaintiff's time to respond to Defendant's Objection to the Court's Exercise of Jurisdiction. (Plf.'s Opp. at 3.)

The Court therefore finds that Defendants have not met their burden under Civil Local Rule 6-3 and accordingly **DENIES** Defendants' Motion to Shorten Time.

**IT IS SO ORDERED.**

Dated: September 26, 2007.

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE