# EXHIBIT A

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

XTREME LASHES L.L.C., *et al.*, §
§
Plaintiffs, §
§
versus §   CIVIL ACTION H-07-2460
§
§
XTENDED BEAUTY, INC., §
§
Defendant. §

# Order

By 3:00 p.m. August 28, 2007, Xtended Beauty will give Xtreme Lashes:

- A list of the categories of products it sells and what percentage of its gross revenue the category represents, and

- A report of how much business it does in Texas.

Signed on August 27, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge