# EXHIBIT B

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Xtreme Lashes LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-07-2460 |
| Xtended Beauty, Inc., | § § § | |
| Defendant. | § | |

## Order

By 5:00 p.m. on September 17, 2007, the parties will explain why this case should not be dismissed in favor of the California action.

Signed on September 13, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge