# EXHIBIT D

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Xtreme Lashes LLC, et al., §
§
    Plaintiffs, §
§
versus §
§        Civil Action H-07-2460
§
Xtended Beauty, Inc., §
§
    Defendant. §

## Order

Xtreme Lashes's motion to delay dismissal is granted pending the resolution of the declaratory judgment action in the Northern District of California. (13)

Signed on September 18, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge