# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Xtended Beauty, Inc., <br><br>        Plaintiff(s), <br><br>v. <br><br>Xtreme Lashes, LLC, <br><br>        Defendant(s). | 07-03391 MJJ MED <br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

      **Andrew P. Bridges**
      Winston & Strawn, LLP
      101 California St., Suite 3900
      San Francisco, CA 94111
      415-591-1482

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03391 MJJ MED         - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: October 11, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03391 MJJ MED                - 2 -