UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: MARTIN J. JENKINS**

**Date**: October 30, 2007

**Case No:** C 07-03391 MJJ

**Case Title**: XTENDED BEAUTY INC. v. XTREME LASHES, et al.

**Appearances:**

    For Plaintiff(s): Robert Weikert, John Chatowski

    For Defendant(s): Scott Raber, Howard Steele

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Joan Columbini

## *PROCEEDINGS*

1. Hearing on Defendant's Objection to the Court's Exercise of Jurisdiction - held

MOTION/MATTER: ( ) Granted
              ( ) Denied
              ( ) Granted in part/Denied in part
              (X) Taken under submission
              ( ) Withdrawn/Off Calendar
              ( ) Continued to:

Order to be prepared by:     (X) Plaintiff   (X) Defendant   ( ) Court