1  E. JEFFREY BANCHERO (SBN 93077)
   SCOTT R. RABER (SBN 194924)
2  KASTNER │ BANCHERO LLP
   20 California Street, 7th Floor
3  San Francisco, California 94111
4  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
5  Mr. Banchero's email: ejb@kastnerbanchero.com
   Mr. Raber's email:  srr@kastnerbanchero.com
6
7  Howard L. Steele (Texas SBN 24002999)
   Charles A. Sturm (Texas SBN 24003020)
8  (admitted *pro hac vice*)
   STEELE STURM, PLLC
9  1000 Louisiana, Suite 3780
   Houston, Texas 77002
10 Telephone: (713) 659-2600
   Facsimile: (713) 659-2601
11 Mr. Steele's email:  hsteele@steelesturm.com
12 Mr. Sturm's email:  csturm@steelesturm.com

13 Attorneys for Defendants
   XTREME LASHES, LLC and JOUMANA MOUSSELLI
14

15
16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19 XTENDED BEAUTY, INC., a California Corporation, | CASE NO. C 07-03391 MJJ |
| 20 Plaintiff(s), | **[PROPOSED] ORDER ON DEFENDANTS' OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGMENT ACT** |
| 21 v. | |
| 22 XTREME LASHES, LLC, a Texas Limited Corporation; and JOUMANA MOUSELLI, an Individual, | |
| 25 Defendant(s). | |

1  On September 13, 2007 defendants Xtreme Lashes, LLC and Joumana Mouselli
2  (collectively, "Defendants") filed a Notice of Objection to the Court's Exercise of Jurisdiction
3  Pursuant to the Declaratory Judgment Act (the "Objection").  On October 9, 2007 plaintiff Xtended
4  Beauty, Inc. ("Plaintiff") filed its opposition to the Objection.  On October 16, 2007, Defendants
5  filed their reply in support of the Objection.
6  On October 30, 2007 the Court held oral argument.  Robert A. Weikert and John A.
7  Chatowski of Thelen Reid Brown Raysman & Steiner LLP appeared on behalf of Plaintiff; Howard
8  L. Steele, Steele Sturm PLLC, and Scott R. Raber, Kastner│Banchero LLP, appeared on behalf of
9  Defendants.  After considering the moving, opposing, and reply papers, and the arguments of
10 counsel, the Court sustained the Objection.
11 WHEREFORE, IT IS HEREBY ORDERED:
12 The Court exercises its discretion under the Declaratory Judgment Act to decline jurisdiction
13 over this matter.  Accordingly, the matter is DISMISSED.

15 DATED: _____, 2007        _____
                                       HON. MARTIN J. JENKINS
16                                     U.S. DISTRICT COURT JUDGE

- 2 -
**[PROPOSED] ORDER ON DEFENDANTS' OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGMENT ACT**
Case No. C07 -03391 MJJ