E. JEFFREY BANCHERO (SBN 93077)
SCOTT R. RABER (SBN 194924)
KASTNER │ BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Banchero's email: ejb@kastnerbanchero.com
Mr. Raber's email:  srr@kastnerbanchero.com

Howard L. Steele (Texas SBN 24002999)
Charles A. Sturm (Texas SBN 24003020)
(admitted *pro hac vice*)
STEELE STURM, PLLC
1000 Louisiana, Suite 3780
Houston, Texas 77002
Telephone: (713) 659-2600
Facsimile: (713) 659-2601
Mr. Steele's email:  hsteele@steelesturm.com
Mr. Sturm's email:  csturm@steelesturm.com

Attorneys for Defendants
XTREME LASHES, LLC and JOUMANA MOUSSELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTENDED BEAUTY, INC., a California Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>XTREME LASHES, LLC, a Texas Limited Corporation; and JOUMANA MOUSELLI, an Individual,<br><br>Defendant(s). | CASE NO. C 07-03391 MJJ<br><br>~~[PROPOSED]~~ ORDER ON DEFENDANTS' OBJECTION TO THE COURT'S EXERCISE OF JURISDICTION PURSUANT TO THE DECLARATORY JUDGMENT ACT |

1    On September 13, 2007 defendants Xtreme Lashes, LLC and Joumana Mouselli

2  (collectively, "Defendants") filed a Notice of Objection to the Court's Exercise of Jurisdiction

3  Pursuant to the Declaratory Judgment Act (the "Objection"). On October 9, 2007 plaintiff Xtended

4  Beauty, Inc. ("Plaintiff") filed its opposition to the Objection. On October 16, 2007, Defendants

5  filed their reply in support of the Objection.

6    On October 30, 2007 the Court held oral argument. Robert A. Weikert and John A.

7  Chatowski of Thelen Reid Brown Raysman & Steiner LLP appeared on behalf of Plaintiff; Howard

8  L. Steele, Steele Sturm PLLC, and Scott R. Raber, Kastner │ Banchero LLP, appeared on behalf of

9  Defendants. After considering the moving, opposing, and reply papers, and the arguments of

10  counsel, *and for the reasons set forth in open court on 10/30/07* the Court sustained the Objection.

11    WHEREFORE, IT IS HEREBY ORDERED:

12    The Court exercises its discretion under the Declaratory Judgment Act to decline jurisdiction

13  over this matter. Accordingly, the matter is DISMISSED.

15  DATED: _____11/01_____, 2007



HON. MARTIN J. JENKINS
U.S. DISTRICT JUDGE

Judge Martin J. Jenkins